# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144913(35)(36)
(41)(42)

MEGAN SMITH, *et al.*,
   Plaintiffs-Appellees,

v

            SC: 144913
            COA: 309447
            Genesee CC: 11-097052-CZ

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
   Defendant-Appellant.
_____/

   On order of the Court, the motions for immediate consideration and motion to permit filing a reply brief are GRANTED. The motion for reconsideration or clarification of this Court's April 13, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   MARKMAN, J. (*dissenting*).

   For the reasons stated in my dissenting statement of April 13, 2012, I would grant defendant's motion for reconsideration and then grant either its motion to bypass the Court of Appeals or its motion for a stay.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2012

_____
Clerk

d0424